**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 130 MM 2016
:
Respondent :
:
:
:
v. :
:
:
:
ELIEZER ALMANZAR, :
:
Petitioner :

## ORDER

**PER CURIAM**

   **AND NOW**, this 14th day of November, 2016, the Petition for Leave to File Petition for Allowance of Appeal is **GRANTED**. Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122(B). Counsel is **DIRECTED** to file the already-prepared Petition for Allowance of Appeal within 5 days.